UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIESA MARI SIMMONS,<br><br>   Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | ) Case No. 2:20-cv-11479-JDE<br>)<br>) JUDGMENT OF REMAND<br>)<br>)<br>)<br>)<br>)<br>) |

  The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 23, "Stipulation to Remand"),

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 31, 2022

              _____
              JOHN D. EARLY
              United States Magistrate Judge